# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JENNIFER HEINL (AKA: N/A)<br><br>Defendant | )<br>)  Case: 1:21-mj-00319<br>)  Assigned To : Meriweather, Robin M.<br>)  Assign. Date : 3/17/2021<br>)  Description: Complaint w/ Arrest Warrant<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                    JENNIFER HEINL                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 03/17/2021                                    2021.03.17 18:55:41 -04'00'
                                                    *Issuing officer's signature*

City and state:   Washington, D.C.                  Robin M. Meriweather, U.S. Magistrate Judge
                                                    *Printed name and title*

### Return

This warrant was received on *(date)* 03/17/21, and the person was arrested on *(date)* 03/18/21
at *(city and state)* Pittsburgh, PA.

Date: 03/18/21                                      *Arresting officer's signature*
                                                    Special Agent Sarah Snyder
                                                    *Printed name and title*