# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.          : | Case No. 21-CR-370-EGS |
| : | |
| JENNIFER HEINL, : | |
| : | |
| Defendant.   : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:    /s/ *Frances E. Blake*
FRANCES E. BLAKE
Texas Bar No. 24089236
Assistant United States Attorney
District of Columbia Detailee
555 4th Street, N.W.
Washington, D.C. 20530
Telephone No. (956) 250-9594
Frances.Blake@usdoj.gov

1

## CERTIFICATE OF SERVICE

On May 25, 2021, a copy of the foregoing was served on counsel of record for the Defendant via the Court's Electronic Filing System.

/s/ *Frances E. Blake*
FRANCES E. BLAKE
Assistant United States Attorney