IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 21-CR-00370 |
| | ) | |
| JENNIFER HEINL | ) | |
| | ) | |
| Defendant. | ) | Electronically Filed |

MOTION TO WITHDRAW APPEARANCE

AND NOW comes, Martin A. Dietz, Esquire, and respectfully moves this Court to enter an order withdrawing his appearance in this case upon the following basis:

1. Defendant, Jennifer Heinl ("Ms. Heinl"), was charged by the filing of an information on May 20, 2021 charging her with violations of 18 U.S.C. §1752(a)(1), 18 U.S.C. §1752(a)(2), 40 U.S.C. §5104(e)(2)(D) and 40 U.S.C. §5104(e)(2)(G).

2. Ms. Heinl was arraigned in this case on May 25, 2021 and this Court scheduled a status conference in this case for September 23, 2021.

3. Undersigned counsel was admitted to practice in this district *pro hac vice* and entered his appearance in this case on May 11, 2021.

4. An irreconcilable conflict has arisen between undersigned counsel and Ms. Heinl. Therefore, undersigned counsel respectfully requests that he be permitted to withdraw his appearance on behalf of Ms. Heinl.

5. Ms. Heinl does not oppose the granting of the instant motion.

6. The government does not oppose the granting of the instant motion.

7. Due to the seriousness of this matter and because undersigned counsel currently believes that Ms. Heinl is without funds to hire private counsel at this time, it is respectfully requested that this Court appoint counsel for Ms. Heinl pursuant to the Criminal Justice Act.

WHEREFORE, undersigned counsel respectfully requests that this Court enter an order withdrawing his appearance on behalf of Defendant, Jennifer Heinl.

                                      Respectfully submitted,

                                      s/ Martin A. Dietz
                                      Martin A. Dietz, Esquire
                                      DC Bar I.D. No. PA0093
                                      Pa. I.D. No. 69182
                                      2885 Wildwood Road Extension
                                      Allison Park, PA 15101
                                      (412) 261-5520
                                      (412) 312-3804 fax
                                      mdietzesquire@gmail.com
                                      www.MartinDietzLaw.com

                                      Attorney for Defendant,
                                      Jennifer Heinl