COURT REFERENCE LETTER

Katie Gagliano

[redacted]

KatieHD31@gmail.com

March 8th, 2022

The Honorable Emmet G. Sullivan
United States District Judge

My name is Katie Gagliano and I am proud to offer my recommendation of Jennifer Heinl who is my sister, someone I have looked up to all my life. I have 4 sisters, Jennifer being the oldest of all. I love all my sisters dearly, Jennifer has been the one I have looked up to a lot and we are also very similar!

Jennifer has always been a beautiful, kind, sweet and loving person. She's been a wonderful aunt, sister and a best friend to me. My sister is always there if you need her, she has always been a go getter, hard worker and is such a great mother too. Her two boys who are my nephews, she loves so much and has been such an amazing mom to them.

Jennifer is a beautiful soul who nobody would ever say anything bad about, anyone who knows her always says how much they love her and what a great/wonderful person she is.

I can truly say that I recommend Jennifer Heinl as someone who truly has good character, judgement and would not do harm to our country or community. I truly believe this, I'm her sister and I have known her all my life. I would never stand up for someone who has done wrong, I believe we all have to be responsible for our consequences. My sister I will stand up for, as I truly know is a good person and would never do harm. I appreciate your time and please contact me if you need any more information.

Sincerely,

Signature _Katie Gagliano_   Date _3/8/22_

Katie Gagliano

The Honorable Emmet G. Sullivan

United States District Judge

Your Honor,

I am honored to be Jennifer Heinl's friend. We started as colleagues at the VA Pittsburgh in 2020 but I quickly found the smart and dynamic new employee was going to change our culture and my life.
Her integrity, to do what's right when no one is around was immediately apparent. Her honesty, straight forward approach is refreshing. She infused an atmosphere of respect and kindness that revived our department. This energy and optimism is why we became friends and our alignment was the catalyst for change! Yes, she help developed a program that enabled our veterans wait time for virtual mental health to be cut by 75%! Jenny's ability to think outside the box, creatively and independently is why we accomplished so much.  She puts others needs in front of her own! Perhaps to her own fault, but this trait makes for an amazing mother, wife and friend.

Your Honor I have had the pleasure of being a government servant since 2002, I left the private sector after 9/11 and join my husband in the Middle East since he was assigned to the US Embassy in Egypt. I start my career with Department of State there and after my husband's retirement from the Navy and returning to US I landed at Homeland security.
However, I was compelled to serve our military, who gives us everything we have and so did Jenny!
He father served and is a career law enforcement officer. Her husband has answered the same call. We bleed red, white and blue and not for one minute would Jenny ever deviate from her loyalty to our country, our ideas and freedoms.

I implore you to weight her character, her passionate patriotism and intelligence against a brief action that could derailed her life time of commitments to her family and community! She is an unselfish giver that make all of us, better people. Please don't allow this event to tarnish her record and kill her Spirt. Her loss at the VA has already punished our community, our veteran and herself! She has paid a huge personal price already!

I pray you have a few minutes to see who she is, what I've been blessed to know and not what she has been labeled!

Sincerely,

Kelly Kerr



3/9/2022

To: Honorable Emmet G. Sullivan

      I am writing this letter in hopes you and whomever is involved with Jennifer Heinl's fate will know what kind of human she is. I've known Jennie for several years, we worked together at the Veterans Healthcare System in Pittsburgh, PA.   I have never met such a caring and compassionate person, she is passionate in her work. She interacted with the Veterans and gave complete care to the ones who could not take care of themselves.  Jennie's personality has never displayed any hostility or anger. She was a breathe of fresh air for the veterans she cared for and the staff she worked with.  I have talked to Jennie several times regarding the situation that brought her before you.  She is extremely remorseful and  understands that it was an isolated act of poor judgement in which she highly regrets. This act has ruined her life. She lost her job, her husband, and hours of sleep.  Please take this letter into consideration when reviewing her case.

Sincerely;


Kimberly A. Lemaster, RN

Jennifer A Ingram

March 6tth, 2022
United States District Judge

To The Honorable Emmet G. Sullivan, United States District Judge,

I have known Jennifer Carso Heinl for almost 20 years. We met through a friend and instantly hit it off. We have kept a very close relationship over the years, and I consider her one of my best friends. I was asked to write a character reference letter, but the truth is that I already planning on doing so before the request. I feel extremely positive about her future, and I hope by the end of this letter you will feel the same way.

Jennifer is a person of good moral character.  I realize that might be hard to believe, given the circumstances, but it's true none the less.  Jennie has always been an upright person in the community. She was very involved with her husband's wrestling business, and volunteered all of her spare time to make sure it was something her community would be proud of.  She is well known to be a responsible caring mother and wife to a big blended family.  She puts others before herself.  I know this because she has dropped everything when I needed her. I have never known Jennie to not be honest and trustworthy.  She is compassionate and loyal.

Jennie has worked so hard to get where she is in life.  She was a single mom raising a son and now she has the life that she always wanted.  We have cried often over what she did and the consequences she may face. I hope that you take into consideration her younger son, he needs her.  He is going to Central Catholic next year.  She was a huge part in keeping her son on track to reach his goals.  What breaks my heart is that she never misses a hockey game, or a school event. Her son may not have his biggest cheerleader soon.  She always worked hard to set good examples in her children's lives, and I hope that what she did, doesn't define her.

I know the seriousness of this crime and I respect that you will make the right decision.  I just wanted to give you a glimpse into Jennie's true character. I know how remorseful she is; we have many conservations about it.  I have watched her over the past year work so hard to get her life back in order. She is remorseful and wants to show people that she made a bad decision that day.  I hope you let her have the future that I and others see for her.

I thank you for your time and if you need anything else, please do not hesitate to reach out.

Sincerely,

Jennifer A Ingram
Jenningram4@gmail.com

Dear Judge Sullivan,

I am writing this letter as a character reference for my friend and hopefully soon to be associate Jennie Heinl. I volunteered on my own several months ago to write a character reference for Jen.

I know she truly appreciates the significance of her actions and she has suffered quite a lot over all of this negative publicity she has received both public and privately because of this episode.

I first met Jen around 2005 when her fiance and she called me about seeing a house that I was marketing. Although they didn't buy that home, they did purchase a home from me and I sold their property. Since then Jen has always been a friend and a valuable helper for me when I needed assistance in my Real Estate business. I have never seen Jen lose her temper or act out of character in these last 17 years of our friendship and business relationship. Also I regard her as a wonderful mother to her sons. I recently had some health issues, fortunately not really serious. When that has happened she was always there offering to help in any way that I needed.

Sincerely

Joseph Larkin

Howard Hanna Real Estate Services

joelarkin@howardhanna.com

Direct Dial ▮▮▮▮▮▮▮▮

32 Years in Real Estate

# COURT REFERENCE LETTER

**Amy Capuzzi**

▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬

[amyparealtor@gmail.com](mailto:amyparealtor@gmail.com)

**Date: March 7, 2022**

The Honorable Emmet G. Sullivan

United States District Judge

**My name is Amy Capuzzi, and I am proud to offer my recommendation of Jennifer Heinl to whom I have personally known for over 20 years as my best friend and co-worker.**

**Jennifer Heinl is one of the most loving, giving, and honest human beings I have ever known. She is an amazing mother and such a hard worker. She always goes above and beyond for her children and others.**

**It's with great confidence that I recommend Jennifer Heinl as someone who, I truly believe in, someone who possesses the character and judgement for the betterment of her community and country.**

**Please do not hesitate to contact me if you should require any further information.**

**Sincerely,**

**Signature:**_____ **Date:**_____

**Amy Capuzzi**