IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 21-CR-00370 |
| | ) | |
| JENNIFER HEINL | ) | |
| | ) | |
| Defendant. | ) | Electronically Filed |

<u>DEFENDANT, JENNIFER HEINL'S SUPPLEMENTAL SENTENCING MEMORANDUM</u>

AND NOW comes Defendant, Jennifer Heinl, by and through her attorney, Martin A. Dietz, Esquire, and respectfully requests the Court to consider the comments set forth in the additional attached letters at the time of sentencing. Some of the letters have been redacted to remove personal identifiers.

Respectfully submitted,

s/ Martin A. Dietz
Martin A. Dietz, Esquire
DC Bar I.D. No. PA0093
Pa. I.D. No. 69182
2885 Wildwood Road Extension
Allison Park, PA 15101
(412) 261-5520
(412) 312-3804 fax
mdietzesquire@gmail.com
www.MartinDietzLaw.com

Attorney for Defendant,
Jennifer Heinl