Kym Secreet

[REDACTED]

[REDACTED]

[REDACTED]

To The Honorable Emmet G. Sullivan

United States District Judge


To the Honorable District Judge Sullivan, My name is Kymberly Secreet and I am the mother of Jennifer Heinl. I have Five daughters and Jennifer is my oldest daughter. Jennifer has always been a hardworking, loving and caring daughter. She has always had been very respectful and always gone above and beyond for family and friends. She has always been a people person and just has a general love for all people. She also has a love for animals, she is very kind and she is always willing to help with whatever she can to make life easier on someone else. Jennifer works three jobs to support herself and her two sons. I am very proud of what an amazing mother and person she turned out to be. Jennifer has never gotten into any trouble and has always had massive respect for law enforcement and a great love for the country.  I hope this letter was helpful to you in seeing what a wonderful person she really is. Thank you for your time and consideration.


Sincerely,


Kymberly Secreet