Court Character Letter

March 13, 2022

Angela Kelley

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮

▮▮▮▮▮▮▮

To The Honorable Emmet G. Sullivan

United States District Judge

Your Honor:

I am pleased to offer this letter of recommendation on behalf of my Sister Jennifer Heinl. Jennifer is one of my five sisters so naturally I have known her my whole Thirty Three years. I hope in this letter I can introduce you to the person we know and love very much. Jennifer is a very hardworking, loving, and caring sister. My sister has always been present when I or my family has needed her. She has always been quick to drop what is going on in her very busy life to lend a helping hand and make the hour trip. For example I was very sick with Covid this past year and my sister drove over to bring me medicine from the store and just to brighten my spirits, because I was mentally struggling. She works three jobs and has two children that have health issues and she still finds the time for her family. She is a very selfless person.  She is a wonderful mother to her children, and she works hard to be able to give them all the opportunities and experiences she didn't have. Jennifer is an upright woman of love, character and integrity. I pray this letter has shown you what a great person she truly is. I ask you exercise compassion and look into your heart for someone who was in the wrong place at the wrong time and is truly a good person and would bring no harm to anyone or anything. I thank you and appreciate you for your time. If you have an further questions or concerns feel free to contact me.

Sincerely,

Angela Kelley

y