March 14, 2022

The Honorable Emmet G. Sullivan
United States District Judge

Your Honor:

I have known Jennifer Heinl since she was 4 years old.  My husband and her father were partners in the Peters Twp Police Department.  She was a loveable child and even in her teen years was sweet, kind and caring toward her 4 younger sisters and also towards my 2 children.  Jennie and her sisters and my children grew up together and she was a regular at my home and I at hers, as her mother is my best friend.  I happily got to watch her grow into a kind, strong, honest and empathetic woman with 2 children of her own.  Family is the most important thing to Jennie.  She is always checking on her family member's and friends and if they need anything she is always first to lend a hand.

She didn't want me to know at first when she got in trouble because of our different political views, but she is extremely sorry and ashamed for her error in judgement.  Her actions were not those of the woman that I know and loved, spending days cooking for Feast of Seven Fishes, arranging for her family and mine to see Andrea Bocelli for her moms 60th birthday, feeding and caring for stray cats, helping to care for her chronically ill stepdad, running her youngest back and forth to hockey practice, that is the Jennie I know.

I ask that you show compassion and leniency as you decide on Jennie's punishment as she regrets the actions that she made.  She is a much loved family member and friend.

Respectfully,

Linda Jurick