March 15, 2022

Dear Honorable Emmet G. Sullivan,

I would like to thank you for the opportunity to tell you about my dear friend Jennifer Heinl.

Jennie and I met 14 years ago when my step-grandmother passed away. She was my step-uncle's girlfriend at the time and they have a son together. After my step-father passed away we became very close. Jennie went above and beyond for my family during the stressful time of his passing. She helped with the funeral & arrangements at the wake. I cannot express my gratitude enough for her sweet and kindness through such a difficult time. My family and I adore her and will never forget all that she had done for us.

Jennie is an amazing mother to her two children. Her oldest son has been very sick recently and it has been hard as any loving mother would worry about their child. She has been a rock for him. Always there for him and doing all that she could to help him get better! Jennie's younger son lives with her and she is his primary care giver. He plays hockey and she is there for all of his practices & games. Jennie takes care of her two sons all the while working a full time job plus working as a property manager. She's always putting the needs of other first!

I would like to add that Jennie is such a good person and has the same morals, ethics, and values that I share. She has suffered greatly from her actions and I know from talking with her that she feels very remorseful. I also know that this mistake is not true to the type of person I know. Please take her exceptional character into consideration when making your decision. Thank you again for taking the time to read this.

Sincerely,

Michelle Asturi