Honorable Judge Emmet G. Sullivan

US District Judge

Dear Honorable Sullivan,

I am writing this letter as a testimony to the character of Jennifer Heinl. Jennifer is the mother of our son, Donato Iacurci. While we are no longer together as a couple, we both remain very involved in our sons life, and get along well with our sons interests always being our top priority. While she does have another son, they have always been her top priority and she always puts them ahead of herself.

I have known her since roughly 2002 and can say even with our disagreements over the years, she is a good person with a huge heart. I could go on with stories but want to keep this short. I think it is safe to say that we all mistakes in our lifetime that we regret (including myself), but we learn from them and become a better person because of it. I know this last year has been rough on her, but she has started a new job, as well as some new business adventures, all the while being entrenched in our sons travel hockey team.

She knows she made a mistake, but that does not come close to defining the person she is. There is not a better person I would rather have to be the mother of my son.

I hope this sheds some light on the type of person she is and on this situation.

Sincerely,

Daniel J. Iacurci