March 11, 2022

The Honorable Emmet G. Sullivan
United States District Judge

Your Honor:

I am writing this letter to you today on behalf of Jennifer Marie Heinl. I have been blessed to know Jennie over the past 8 years and my husband has know her for the past 20. I am a mother of 6 children that is a blended family. My husband, Scott A Courtney came to our marriage with 3 beautiful children, and we have 3 children together. The ages range from 13 to 1 year old. We have 100% physical custody of the older 3 children. My husband works full time for FIS Global remotely at our home, and I work full time at UPMC Passavant Hospital as a CRNA. Our oldest son, Landon, has been best friends with Jennie's son, Donato since they were babies. Jennie and I became very close due to our son's relationship. Jennie is a wonderful person, who is extremely caring and kind. She is the kind of person who helps anyone in need, including animals. She has a deep passion for Nursing, where she has worked at the Veteran's Affairs Hospital for some time.

On the day of January 6th, Jennie made a serious lapse in judgement. I was shocked as I watched the days events on the news channel. I could never have imagined my close friend to have any part of this. This is not Jennie. This is not the Jennie that I have come to care for and respect over all of these years. I was like a second mother to her son, and she was one to mine. I saw her frequently, and she was always focused on being the best mom, wife, person, friend and more. None of this was consistent with the person I know.

Today I ask your Honor, to show mercy and leniency towards Jennie. She made a horrible mistake on January 6th. I write to you as a mother, friend, nurse and citizen. Jennie is an honorable, veracious, altruistic and moral person. Her actions are not consistent with what I saw on January 6.

Thank you for your time and consideration on the matter.

Sincerely,

Allison M. Courtney RN, BSN, MSN, CRNA

Allisonmcourtney@gmail.com