March 20, 2022

The Honorable Emmet G Sullivan
United States District Judge

Your Honor,

My name is Dean LaSalvia. I have been a law enforcement officer for 34 years. I spent 25 years as a Pennsylvania State Trooper and the past 9 years as a school district police officer. I am writing this letter to you to express my good fortune to know Jennifer Heinl. Jennifer has been a friend of mine for 30 years. I have always known her to be one of the sweetest, nicest persons I have had the pleasure of knowing. She comes from a long line of law enforcement officers who have all been friends of mine. Her dad was a local police officer, her step dad was the county sheriff and her mother is an animal control officer. She is not the type of girl who would be looking to be involved in any type of criminal behavior. I truly believe that on January 6, 2021 Jennifer just made a bad decision that is totally out of line with her character. I do not believe that her actions were malicious since she has never behaved that way at any other time in the past in which I have known her. Please consider this letter as a recommendation of her character.

Thank you,

Dean LaSalvia