UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CASE NO. 21-cr-00370-EGS |
| v. | : | |
| | : | |
| **JENNIFER HEINL,** | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S REPLY TO DEFENDANT'S
### SECOND SUPPLEMENTAL SENTENCING MEMORANDUM

The United States of America respectfully submits the attached Government's Response to the Supplemental Sentencing Brief filed in *United States v. Jeremiah Caplinger,* 21-cr-342 (PLF). The Government respectfully requests the Court to consider this filing in conjunction with Defendant, Jennifer Heinl's Second Supplemental Sentencing Memorandum (ECF No. 40), which was filed on March 21, 2022.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     /s/  *Maria Y. Fedor*
MARIA Y. FEDOR
Attorney, detailed to the
United States Attorney's Office for the
District of Columbia
D.C. Bar No. 985823
555 Fourth Street, N.W.
Washington, DC 20530
Maria.Fedor@usdoj.gov

CERTIFICATE OF SERVICE

On this 21st day of March 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

By: /s/ *Maria Y. Fedor*
MARIA Y. FEDOR
D.C. Bar No. 985823
Attorney, detailed to
United States Attorney's Office
for the District of Columbia
Maria.Fedor@usdoj.gov